# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> **RICARDO SANTACRUZ-BECERILL**, <br><br> Defendant. | 2:09-CR-0466-PMP-LRL <br><br><br> **ORDER** |

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for Ricardo Santacruz-Bercerill in place of Osvaldo Fumo for all future proceeding.

Mr. Fumo shall froward the file to the Federal Public Defender forthwith.

DATED this 9th day of July, 2010.

_____
United States Magistrate Judge