UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00466-PMP-LRL |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| RICARDO SANTACRUZ-BECERILL, MANUEL GUIDINO-SIERRA, LUIS MIGUEL SAGRERO-ALBA, and HECTOR GONZALEZ-ALBA, | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendant Ricardo Santacruz-Becerill's Motion to Bifurcate Count Three of The Indictment for Trial (Doc. #97) filed April 19, 2011, Plaintiff's Response thereto (Doc. #101) filed May 6, 2011, and Defendant's Reply (Doc. #103) filed May 16, 2011, and good cause appearing,

**IT IS THEREFORE ORDERED that** Defendant Ricardo Santacruz-Becerill's Motion to Bifurcate Count Three of The Indictment for Trial (Doc. #97) is **DENIED**.

DATED:  June 6, 2011.

PHILIP M. PRO
United States District Judge