FILED
OCT 0 1 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICARDO SANTACRUZ-BECERILL, ) <br> ) <br> Defendant. ) | 2:09-CR-466-PMP (LRL) |

## FINAL ORDER OF FORFEITURE

On June 28, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant RICARDO SANTACRUZ-BECERIL to a criminal offense, forfeiting specific property alleged in the Superseding Criminal Indictment and agreed to the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant RICARDO SANTACRUZ-BECERILL pled guilty. Docket #37, #120, #124, #130.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 1, 2011, through July 30, 2011, notifying all third parties of their right to petition the Court. #132.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C) and (3)(B) and Title 28, United
9   States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United
10  States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be
11  disposed of according to law:

12  a.  .22 caliber Davis Industries Model DM22 handgun, bearing serial number
13      305603; and
14  b.  any and all ammunition ("property").

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
16  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
17  any income derived as a result of the United States of America's management of any property forfeited
18  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

19  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
20  certified copies to the United States Attorney's Office.

21  DATED this ___3rd___ day of ___Oct___, 2011.

_____
UNITED STATES DISTRICT JUDGE

2