UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

              Plaintiff,

v.

RICARDO SANTACRUZ-BECERILL,

              Defendant.

2:09-CR-00466-PMP-LRL

ORDER

IT IS ORDERED that the Government shall file a response to Defendant Ricardo Santacruz-Becerill's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. #229) by September 16, 2013.

DATED:  August 16, 2013

_____
PHILIP M. PRO
United States District Judge