UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00466-PMP-LRL |
| Plaintiff, | **ORDER** |
| vs. | |
| RICARDO SANTACRUZ-BECERILL, *et al*, | |
| Defendants. | |

Having read and considered Defendant's Motion for Reconsideration (Doc. #234), and the Government's Response thereto, and good cause appearing,

**IT IS ORDERED** that Defendant's Motion for Reconsideration (Doc. #234) is **DENIED**.

DATED: November 12, 2013.

_____
PHILIP M. PRO
United States District Judge